UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

Carolina A. Fornos
Assistant United States Attorney

against

Michael Hernandez Sr.

Case # 14 869  (VEO)

Document: _____



To Whom It May Concern:

I Michael Hernandez Sr. Is writing this letter in regards to my money which $9,031.00 that was taken from my home on July 25, 2013. The money that was taken from my home and was told to the officer that the money $9,031.00 that was in the safe was money that my brother gave to me Fred Hernandez to hold for safe keeping. Fred Hernandez did not want to hold the money himself because he was homeself.